**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

UNITED STATES OF AMERICA, :

Government, : 26 CR. 328 (RMB)

- against - : **ORDER**

TRACY MELENDEZ, :

Defendant. :

-------------------------------------------------------------x

The initial conference scheduled for Tuesday, August 11, 2026 at 2:00 P.M. will take place in Courtroom 17B.

Dated: August 6, 2026
New York, NY

RMB

RICHARD M. BERMAN
U.S.D.J.