**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

UNITED STATES OF AMERICA, :
:
Government, : 26 Cr. 328 (RMB)
:
- against - : **ORDER**
:
:
TRACY MELENDEZ, :
:
Defendant. :

--------------------------------------------------------------x

The status conference scheduled for September 9, 2026 at 11:00 A.M. will take place in Courtroom 17B.

Dated: September 3, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**