**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

UNITED STATES OF AMERICA, :

Government, : 26 CR. 328 (RMB)

- against - : **ORDER**

TRACY MELENDEZ, :

Defendant. :

---------------------------------------------------------------x

The status conference scheduled for Thursday, December 3, 2026 at 10:00 A.M. will take place in Courtroom 17B.

Dated: November 23, 2026
New York, NY



RICHARD M. BERMAN
U.S.D.J.